U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2010

MEMO TO FILE

**Re:     Taint Review in United States v. Wesam El Hanafi & Sabirhan Hasanoff**

On December 29, 2010, I reviewed the following four files on a laptop provided to me by Aimee Hector in the above-referenced case:

Welhanafi_mailfullall_feb.24.2010
Welhanafi_mailfullall_feb.8.2009
Welhanafi_mailfullall_Jan.30.2009
Welhanafi_mailfullall_Mar.12.2010

Before beginning my review, I was told that there may be privileged emails sent from or to a lawyer named Victor Knapp regarding the defendant's inclusion on the United States no-fly list. I ran searches in those files for the following terms: "lawyer"; "no fly"; "law firm"; "Turley" (an individual who I identified through other searches that worked at a law firm); "Knapp"; "embassy"; "Victor"; and to and from searches for victorknapp.com (the email address of the lawyer, which I identified through other searches).

After reviewing all of the results, I segregated only a handful of emails that seemed privileged assuming Knapp is in fact a lawyer and had been engaged by the defendant (which I don't have independent corroboration of).  I put those email messages in subfolders under the accounts I found them in and titled each subfolder "Lawyer" so that the prosecution team knows not to look at those folders.

Michael Rosensaft
Assistant United States Attorney