FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    02/15/2010

On 02/05/2010, after the interview ended with Wesam El-Hanafi Det Daniel W Withers walked El-Hanafi to the elevator and went back down to the lobby of the Hilton hotel. At this point El-Hanafi wanted to still talk and was asking why we wouldn't talk to him. I told him we would talk to you but you stated you think you wanted an attorney so if you want an attorney we will talk in court. I then told him you don't want to tell us the truth anyway. For example when we showed you money transfers to ███████████ in your hand writing and that is when El-Hanafi stated, "that it wasn't that much money and he was broke and needed some money." El-Hanafi stated that he wanted to explain every thing if you just let me have an attorney present. I then told him to think about what we talked about and if you change your mind call me I will be in Abu Dhabi for one more day.

Investigation on    02/05/2010    at   Abu Dhabi, UAE

File # ████████████        Date dictated

by   Daniel W Withers

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.