FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    02/11/2010

On 02/05/2010 at approximately 06:27 pm Abu Dhabi time Wesam El-Hanafi called and again stated that he thinks he wants to go the lawyer route and would love to explain ever thing we talked about early that day as long as his lawyer was present. He then stated if he was allowed to go into his bank account because he has to pay his attorney $5,000 USD. I told him do what you have to and if you change your mind we are hear till tomorrow.

Investigation on    02/05/2010    at    Abu Dhabi, UAE

File #

Date dictated

by    Det Daniel W Withers

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.