FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription   02/11/2010

On 02/06/2010 at approximately 4:00 am Abu Dhabi time Det Daniel W Withers called Wesam El-Hanafi and notified him that his friend Khalid in Kansas City was just locked up and the ball is rolling. So you have a short time before someone else is going to be offered the opportunity to work with us. Like I told you before I will be here till late tonight before I leave.

Investigation on   02/06/2010   at   Abu Dhabi, UAE

File #

Date dictated

by   Det Daniel W Withers

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.