Wesam El-Hanafi  58705 - HK
Docket Number: 10-CR-162(KMW)



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

 The Modification of the Conditions of Supervised Release, to include;

The defendant shall report to the Probation Office any and all electronic communications service accounts (as defined in 18 USC 2510(15)) used for user communications, dissemination and/or storage of digital media files (i.e. audio, video, images). This includes, but is not limited to, email accounts, social media accounts, and cloud storage accounts. The defendant shall provide each account identifier and password, and shall report the creation of new accounts, changes in identifiers and/or passwords, transfer, suspension and/or deletion of any account within 5 days of such action. Failure to provide accurate account information may be grounds for revocation of release. The defendant shall permit the Probation Office to access and search any account(s) using the defendant's credentials pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the account(s) to be searched contains evidence of this violation. All searches are subject to prior notification and approval from the Court. Failure to submit to such a search may be grounds for revocation of release.

☐  Modification of Conditions Denied

☐  Other:

_____
Signature of Judicial Officer

6/23/20
_____
Date

PROB 12B
(4/15)